IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY HAMMOND, | ) |
| | ) |
| Petitioner, | ) |
| v. | )   CASE NO. 1:12-cv-935-TMH |
| | ) |
| TONY PATTERSON, *et al.*, | ) |
| | ) |
| Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's Objections to the Magistrate Judge Recommendation (Doc. #36) filed on April 28, 2014 and June 5, 2014 (Doc. #38) are overruled;

2. The Recommendation of the United States Magistrate Judge (Doc. #33) entered on March 27, 2014 and supplemented (Doc. #37) on May 20, 2014 are adopted;

(3)  The petition for habeas corpus relief is DENIED and this case is DISMISSED with prejudice pursuant to 28 U.S.C. § 2244(d).

DONE this the 11th day of June, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE